**(Official Form 1) (10/06)**

| United States Bankruptcy Court<br>Western District of Virginia | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Wright, Robert Lee III** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Wright, Natarska Michelle** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Natarska Michelle Marshall** |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): **9393** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): **7193** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**27 Cabin Field Rd**<br>**Lynchburg, VA**<br>ZIPCODE **24504** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**27 Cabin Field Rd**<br>**Lynchburg, VA**<br>ZIPCODE **24504** |
| County of Residence or of the Principal Place of Business:<br>**Campbell** | County of Residence or of the Principal Place of Business:<br>**Campbell** |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |

Location of Principal Assets of Business Debtor (if different from street address above):
ZIPCODE

### Type of Debtor (Form of Organization) (Check one box.)
- ☑ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business (Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

### Tax-Exempt Entity (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)
- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box)
- ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

### Filing Fee (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors:
**Check one box:**
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $10,000 | $10,000 to $100,000 | $100,000 to $1 million | $1 million $100 million | More than $100 million |
|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,000 to $100,000 | $100,000 to $1 million | $1 million $100 million | More than $100 million |
|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ |

**VOLUNTARY PETITION**

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**(Official Form 1) (10/06)**                                             **FORM B1**, Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Wright, Robert Lee III & Wright, Natarska Michelle** | |
|---|---|---|
| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet) | | |
| Location Where Filed: **None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.

X */s/ Margaret C. Valois*                      **11/30/06**
Signature of Attorney for Debtor(s)              Date

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

**VOLUNTARY PETITION**

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**(Official Form 1) (10/06)**               **FORM B1**, Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Wright, Robert Lee III & Wright, Natarska Michelle** |
|---|---|

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Robert L Wright, III*
Signature of Debtor      **Robert L Wright, III**

X */s/ Natarska M Wright*
Signature of Joint Debtor      **Natarska M Wright**

Telephone Number (If not represented by attorney)

**November 30, 2006**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

X _____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney

X */s/ Margaret C. Valois*
Signature of Attorney for Debtor(s)

**Margaret C. Valois 66034**
Printed Name of Attorney for Debtor(s)

**Margaret C. Valois, PLLC**
Firm Name

**2511 Memorial Ave Ste 203**
Address

**Lynchburg, VA  24501-2657**

**(434) 845-4529**
Telephone Number

**November 30, 2006**
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**VOLUNTARY PETITION**

```
ALLIED CREDITOR SERVICE, INC.
2 PERIMETER PARK SOUTH SUITE 500W
NASHUA, NH   35243


AMERICAN ELECTRIC POWER
PO BOX 24401
CANTON, OH   44701


ANDERSON FINANCIAL NETWORK
PO BOX 3097
BLOOMINGTON, IL   61702-3097


ASSET ACCEPTANCE
PO BOX 2036
WARREN, MI   48090-2036


AT&T
PO BOX 944066
MAITLAND, FL   32794-4066


BEDFORD MEMORIAL HOSPITAL
PO BOX 688
BEDFORD, VA   24523


BEDFORD PHYSICIAN GROUP
PO BOX 40026
ROANOKE, VA   24022


BMG MUSIC SERVICE
PO BOX 9017
OCEANSIDE, NY   11572-9017


BOYAJIAN LAW OFFICES
201 ROUTE 17 N 5TH FLOOR
RUTHERFORD, NJ   07070
```

```
BRIGHTER VISION
3010 WALDEN AVE
BUFFALO, NY  14269


CAPITAL ONE
ATTN:  BANKRUPTCY
PO BOX 85015
RICHMOND, VA  23285-0000


CARILION CONSOLIDATED LAB
213 S JEFFERSON ST SUITE 905
ROANOKE, VA  24011


CARILION EMERGENCY SERVICES
PO BOX 2080
KILMARNOCK, VA  22482-2080


CARILION HEALTHCARE CORP
PO BOX 40026
ROANOKE, VA  24022


CARILION PAYMENT CENTER
PO BOX 13066
ROANOKE, VA  24030-3066


CBC COLLECTIONS
PO BOX 6220
CHARLOTTESVILLE, VA  22906-6220


CENTRA HEALTH
PO BOX 2496
LYNCHBURG, VA  24505-2496


CENTRAL VIRGINIA FAMILY PHYSICIANS
2085 LANGHORNE RD
LYNCHBURG, VA  24501-1443
```

```
CHECK INTO CASH
4844 SOUTH AMHERST HWY
MADISON HEIGHTS, VA  24572


CITY OF BEDFORD
PO BOX 807
BEDFORD, VA  24523


COIN WORLD
PO BOX 511
MOUNT MORRIS, IL  61054


COOKING LIGHT
PO BOX 62319
TAMPA, FL  33662


CREDITORS SERVICE AGENCY
2600 MEMORIAL AVE STE 206
LYNCHBURG, VA  24501-2658


CREDITORS SERVICE OF BEDFORD
108 S BRIDGE ST
BEDFORD, VA  24523


DISH NETWORK
PO BOX 4034
WOBURN, MA  01888-4034


DR GARRETT E HURT DDS
PO BOX 448
BEDFORD, VA  24523


EQUITY ONE MORTGAGE
301 LIPPINCOTT DR STE 100
MARLTON, NJ  08053-4197
```

```
ERS SOLUTIONS, INC
PO BOX 9004
RENTON, WA  98057-9004


FIRSTPOINT COLLECTION RESOURCES, INC.
PO BOX 26140
GREENSBORO, NC  27402-6140


GINNY'S
1112 7TH AVE
MONROE, WI  53566-1364


HARVARD COLLECTION SERVICES
4839 N ELISTON AVE
CHICAGO, IL  60630


HI-TECH VIDEO
6 C'S SHOPPING CTR
BEDFORD, VA  24523


HUFF POOLE & MAHONEY
4705 COLUMBUS ST
VIRGINIA BEACH, VA  23462


KIPLINGERS
PO BOX 3293
HARLAN, IA  51593


LEWIS GALE CLINIC, LLC
1802 BRAEBURN DR
SALEM, VA  24153-7357


MCI - VIRGINIA
27133 NETWORK PL
CHICAGO, IL  60673-1271
```

```
MEDICAL ASSOCIATES OF CENTRAL VA
PO BOX 11889
LYNCHBURG, VA  24506-1889


MEDICAL GROUP 1-HW
PO BOX 102247
ATLANTA, GA  30368


NATIONWIDE CREDIT, INC.
2015 VAUGHN RD NW STE 300
KENNESAW, GA  30144-7802


NCC
PO BOX 18036
HAUPPAUGE, NY  11788


NCC
120 N KEYSER AVE
SCRANTON, PA  18504


OFFICE OF THE US TRUSTEE
ROANOKE DIV.
210 1ST ST SW STE 505
ROANOKE, VA  24011-1620


PARK DANSAN
113 W 3RD AVE
GASTONIA, NC  28052-4320


PROVIDIAN BANK
ATTN:  BANKRUPTCY
PO BOX 9180
PLEASANTON, CA  94566-9180
```

RADIOLOGY CONSULTANTS OF LYNCHBURG
113 NATIONWIDE DR
LYNCHBURG, VA   24502-4272


RAIN TREE VILLAGE
720 BLUE RIDGE AVE
BEDFORD, VA   24523


REWARDS 660
PO BOX 89210
SIOUX FALLS, SD   57109


RISK MANAGEMENT ALTERNATIVES, INC
802 E MARTINTOWN RD STE 201
NORTH AUGUSTA, SC   29841-5352


ROANOKE EMERGENCY SERVICES
PO BOX 47659
JACKSONVILLE, FL   24523


SCA CREDIT SERVICES
1502 WILLIAMSON RD NE
ROANOKE, VA   24012-5130


SCHEWEL FURNITURE CO
PO BOX 11615
LYNCHBURG, VA   24506-1615


SPARTAN FINANCIAL SERVICES
13730 SOUTH PONT BLVD
CHARLOTTE, NC   28273


SPRINT PCS
PO BOX 8077
LONDON, KY   40742-8077

```
VERIZON
PO BOX 17577
BALTIMORE, MD   21297-0513


VIRGINIA DEPARTMENT OF TAXATION
LEGAL UNIT
PO BOX 2156
RICHMOND, VA   23218-2156


VISTAR EYE CENTER
PO BOX 1789
ROANOKE, VA   24008


WOODWORKERS JOURNAL
PO BOX 56583
BOULDER, CO   80322


ZWICKER & ASSOCIATES
100 OLD RIVER RD
ANDOVER, MA   01810
```